## People of the State of Illinois, Plaintiff-Appellee, v. James Froehlich, Defendant-Appellant.

### Gen. No. 50,565. (Abstract of Decision.)

First District, Second Division.

November 15, 1966.

Edward J. Calihan, Jr. and Anna R. Lavin, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, William Nellis and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.